UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
THE MACKENZIE CO., LLC                    :   CIVIL ACTION NO: 07CIV7425
                                          :
                      Plaintiff,          :
                                          :
V.                                        :
                                          :
THE LOSCO GROUP, INC. and ST VLADIMIR'S   :
ORTHODOX THEOLOGICAL SEMINARY             :
                                          :
                      Defendants.         :
------------------------------------------------------------X

## NOTICE OF DISMISSAL & ord

Pursuant to Federal Rule of Civil Procedure 41(a) 1 the Plaintiff respectfully notifies the Court and all parties that the above referenced matter has been voluntarily dismissed as of the date of this filing, without costs or prejudice. This Notice is being filed before any party has answered or filed a motion for summary judgment.

WHEREFORE, the Plaintiff respectfully request that the Court so note this matter as dismissed without prejudice on its docket.

THE PLAINTIFF,

BY URY & MOSKOW, LLC
ITS ATTORNEYS

By_____
NEAL L. MOSKOW
883 Black Rock Turnpike
Fairfield, CT 06825
203.610.6393
203.610.6399 (fax)
neal@urymoskow.com

ME1 6298559v.2

SO ORDERED:

_____October 22, 2007_____        _____Charles Brieant_____
Date                                     United States District Judge /~~Clerk~~

2

ME1 6298559v.2

## CERTIFICATE OF SERVICE

I hereby certify that on October ___, 2007, a copy of the foregoing NOTICE OF DISMISSAL was filed electronically and served by mail on parties unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to parties unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
NEAL L. MOSKOW

3

ME1 6298559v.2